# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMETRICE G. ANDERSON

NO. 2021 KW 0451

**APRIL 29, 2021**

---

In Re:   Demetrice G. Anderson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1800609.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

JMM
AHP

**Holdridge, J.,** concurs.  The defendant has an adequate remedy on appeal.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT